JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WSBN 07233)
KAREN J. SHARP (TXSBN 02049500)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
PARADI JAVANDEL (CSBN 295841)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jacklin.lem@usdoj.gov

Attorneys for the United States

RECEIVED JAN 13 2016 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAKURO ISAWA,<br><br>Defendant. | [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO UNSEAL MATTER<br><br>No. 15-CR-0163-JD<br>Filed March 12, 2015 |

On this date, the Court considered the United States' Motion to Unseal Matter in the above-captioned case. For good cause shown, it is hereby ordered that the Motion is GRANTED.

IT IS ORDERED that the above-captioned matter be unsealed by the Clerk of Court, with the exception of a portion of the the United States' Notice of Related Case, which shall remain under seal. The Clerk of Court shall publicly file the redacted copy of the United

1 | States' Notice of Related Case, which is attached to the United States Motion to Unseal Matter
2 | as Exhibit A.
3 |
4 | Dated: January 25, 2016

                                          HONORABLE JAMES DONATO
                                          United States District Court Judge